# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
FEB 1 4 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 19-98-BLG-SPW |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| **JORDAN KEITH PEREA,** | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 40). The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253;

2. Preliminary Orders of Forfeiture were entered on October 4, 2019, and December 3, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Smith & Wesson, model SD40VE, .40 Special caliber pistol (S/N: FZZ5560)
- Smith & Wesson, model M&P 9 Shield, 9mm caliber pistol (S/N: JCA6023)
- Twelve (12) rounds of assorted ammunition
- SWD Inc., model M-11, 9mm caliber semi-automatic pistol (S/N: 890017421)

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of February, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE